IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD KELLEY,<br><br>    Defendant. | CR NO. 22-MJ-96 |

**CONSENT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, through undersigned counsel, hereby files this motion to adjourn the status hearing set for Tuesday, October 18, 2022, in the above-captioned matter, for approximately 60 days, until Tuesday, December 20, 2022. Defense counsel concurs in this motion. The parties request the additional time to continue to engage in plea negotiations and review preliminary discovery productions.

The parties request that the Court exclude the time until the status conference on December 20, 2022, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy indictment and trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:     */s/ Samuel S. Dalke*
SAMUEL S. DALKE
Assistant United States Attorney – Detailee
U.S. Attorney's Office for the District of Columbia
PA Bar No. 311803
601 D Street N.W., Washington, DC 20530
Samuel.S.Dalke@usdoj.gov
717-515-4095

CERTIFICATE OF SERVICE

    On this 7th day of October, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

By:   <u>/s/ *Samuel S. Dalke*</u>
       SAMUEL S. DALKE
       Assistant United States Attorney – Detailee