**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:22-CR-00408 |
| | ) |
| EDWARD KELLEY | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

Counsel, Jonathan A. Moffatt, respectfully provides this Honorable Court with notice of appearance of counsel on behalf of defendant, Edward Kelley.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

BY:   s/ *Jonathan A. Moffatt*
Jonathan A. Moffatt
BPR No. 018137
Federal Defender Services
of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN  37929
(865) 637-7979

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2022, a copy of the foregoing Notice of Appearance of Counsel was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

s/ *Jonathan A. Moffatt*