**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDWARD KELLEY,<br><br>Defendant. | Criminal Action No. 22-408 (CKK) |

**ORDER**
(December 22, 2022)

On December 16, 2022, the Government filed a Complaint alleging that, while on release in this case, Defendant conspired with others to engage in certain acts of domestic terrorism, including the assassination of Federal Bureau of Investigation agents involved in this case. *See generally* ECF No. 3, *United States v. Kelley*, No. 3:22-mg-02228-JEM (E.D. Tenn.); *see also* 18 U.S.C. § 2331(5) (defining "domestic terrorism"). Upon consideration thereof, the [32] Pretrial Violation Report, and in light of Defendant's consent to revocation at the December 22, 2022 status hearing before this Court, the Court finds by clear and convincing evidence that Defendant has violated a condition of his release, that there is no condition or combination of conditions that will assure that Defendant will not pose a danger to the safety of the community, and that Defendant is unlikely to abide by any condition or combination of conditions of release. *See* 18 U.S.C. § 3148(b)(1)(B), (b)(2). Accordingly, and pursuant to 18 U.S.C. § 3148, it is hereby

**ORDERED**, that Defendant's pretrial release is **REVOKED**. It is further

**ORDERED**, that Defendant is **REMANDED** to the custody of the United States Marshal Service forthwith. Until further order of the Court, Defendant may be detained at his current facility in the Eastern District of Tennessee.

**SO ORDERED**.

Dated: December 22, 2022

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge