UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDWARD KELLEY,<br><br>Defendant. | Criminal No. 22-408 (CKK) |

**PROPOSED PRETRIAL SCHEDULING ORDER**
(Trial Date TBD)

*Proposed Deadlines*

Discovery & Associated Deadlines
| | |
|---|---|
| Government to complete any final discovery under present indictment | August 19, 2024 |
| Aspirational date for grand jury decision re: superseding indictment | August 23, 2024 |
| Government to complete discovery under any superseding indictment | August 30, 2024 |
| Discovery motions (Fed. R. Crim. P. 16) | September 6, 2024 |

Expert Notices & Other Crimes Evidence
| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | July 26, 2024 |
| Defendant's expert notice (FRE 701 & 702) | July 26, 2024 |
| Government's FRE 404(b) notice | September 6, 2024 |
| Defendant's response to FRE 404(b) notice | September 13, 2024 |
| *Brady* notice | September 6, 2024 |

Experts
| | |
|---|---|
| Expert reports (FRE 702) | September 6, 2024 |
| Lay witness identification and subject matter (FRE 701) | October 4, 2024 |

Non-Evidentiary Pretrial Motions
| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | September 13, 2024 |
|     Government's response to Defendant's non-evidentiary motions | September 27, 2024 |
|     Defendant's reply as to non-evidentiary motions | October 4, 2024 |
| Government's non-evidentiary pretrial motions | September 13, 2024 |
|     Defendant's response to Government's non-evidentiary motions | September 27, 2024 |
|     Government's reply as to non-evidentiary motions | October 4, 2024 |

<u>Evidentiary Pretrial Motions</u>

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | September 13, 2024 |
|     Government's response to Defendant's evidentiary motions | September 27, 2024 |
|     Defendant's reply as to evidentiary motions | October 4, 2024 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | September 13, 2024 |
|     Defendant's response to Government's evidentiary motions | September 27, 2024 |
|     Government's reply as to evidentiary motions | October 4, 2024 |

<u>Motions in Limine</u>

| | |
|---|---|
| Motions *in limine* by both sides | September 13, 2024 |
| Responses to motions *in limine* | September 27, 2024 |
| Replies as to motions *in limine* | October 4, 2024 |
| | |
| Joint notice of stipulations | TBD |
| | |
| *Giglio*, *Jencks*, and Rule 26.2 material | TBD |
| | |
| *Voir Dire* and Jury Instructions | TBD |

<u>Witness and Exhibit Lists</u>

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | TBD |
| Defendant's witness list, exhibit list and exhibits | TBD |

<u>Hearings</u>

| | |
|---|---|
| Status Hearing | TBD |

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

    **SO ORDERED.**

                                                        COLLEEN KOLLAR-KOTELLY
                                                        United States District Judge