**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

UNITED STATES OF AMERICA,

v.

EDWARD KELLEY,

Defendant.

Criminal No. 22-408 (CKK)

**PRETRIAL SCHEDULING ORDER**
(April 26, 2024)

|  | *Deadlines* |
|---|---|
| Discovery & Associated Deadlines | |
| Government to complete any final discovery under present indictment | August 19, 2024 |
| Aspirational date for grand jury decision re: superseding indictment | August 23, 2024 |
| Government to complete discovery under any superseding indictment | August 30, 2024 |
| Discovery motions (Fed. R. Crim. P. 16) | September 6, 2024 |
| | |
| Expert Notices & Other Crimes Evidence | |
| Government's expert notice (FRE 701 & 702) | July 26, 2024 |
| Defendant's expert notice (FRE 701 & 702) | July 26, 2024 |
| Government's FRE 404(b) notice | September 6, 2024 |
| Defendant's response to FRE 404(b) notice | September 13, 2024 |
| *Brady* notice | September 6, 2024 |
| | |
| Experts | |
| Expert reports (FRE 702) | September 6, 2024 |
| Lay witness identification and subject matter (FRE 701) | October 4, 2024 |
| | |
| Non-Evidentiary Pretrial Motions | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | September 13, 2024 |
|     Government's response to Defendant's non-evidentiary motions | September 27, 2024 |
|     Defendant's reply as to non-evidentiary motions | October 4, 2024 |
| Government's non-evidentiary pretrial motions | September 13, 2024 |
|     Defendant's response to Government's non-evidentiary motions | September 27, 2024 |
|     Government's reply as to non-evidentiary motions | October 4, 2024 |

1

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*                     September 13, 2024
    Government's response to Defendant's evidentiary motions     September 27, 2024
    Defendant's reply as to evidentiary motions                  October 4, 2024
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))                            September 13, 2024
    Defendant's response to Government's evidentiary motions     September 27, 2024
    Government's reply as to evidentiary motions                 October 4, 2024

Motions in Limine
Motions *in limine* by both sides                                      September 13, 2024
Responses to motions *in limine*                                       September 27, 2024
Replies as to motions *in limine*                                      October 4, 2024

Joint notice of stipulations                                           September 26, 2024

*Giglio*, *Jencks*, and Rule 26.2 material                             September 26, 2024

Jury Instructions                                                      September 16, 2024

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits                   September 26, 2024
Defendant's witness list, exhibit list and exhibits                    September 26, 2024

Hearings
Status Hearing                                                         September 5, 2024
Pretrial Conference                                                    October 10, 2024

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**Trial is set to begin on <u>October 15, 2024</u>.**

**SO ORDERED.**

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge