**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  1:22-CR-0408-CKK |
| | ) | |
| EDWARD KELLEY | ) | |

### MOTION TO WITHDRAW AND APPOINT NEW COUSNEL

Defendant Edward Kelley, through counsel, moves the Court to allow current appointed counsel to withdraw and to appoint new counsel. In support of this motion, the following is submitted:

1. In addition to the instant charges, Mr. Kelley is also charged in the Eastern District of Tennessee, 3:22-cr-118.

2. In that case, Mr. Kelley filed a *pro se* request to appoint new counsel based on his loss of trust in current counsel regarding recent developments of a collateral legal proceeding. A copy of that letter is attached to the Motion as Exhibit A.

3. Based on the filing of his request, a hearing was held on June 20, 2024, to further discuss the matter and to determine whether substitute counsel was appropriate. U.S. Magistrate Judge McCook conducted the hearing and ultimately determined that new counsel should be appointed. A copy of her Order is attached as Exhibit B.

4. Mr. Kelley now makes the same the request to this Honorable Court.

In consideration of the foregoing, current counsel for Mr. Kelley seeks to withdraw, and for substitute counsel to be appointed.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF

EASTERN TENNESSEE, INC.

BY: s/ *G. Nicholas Wallace*
G. Nicholas Wallace
ASB No. 6992D56F
Federal Defender Services of
Eastern Tennessee, Inc.
800 South Gay Street, Suite 2400
Knoxville, TN  37929
(865) 637-7979

 */s/ Jonathan A. Moffatt*
Jonathan A. Moffatt, No. 18137
Assistant Federal Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2024, a copy of the foregoing Motion to Withdraw was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ *G. Nicholas Wallace*