# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 22-CR-408 (CKK) |
| v. : | |
| : | |
| EDWARD KELLEY, : | |
| : | |
| Defendant. : | |

## CONSENT MOTION TO SCHEDULE STATUS HEARING

The United States, through undersigned counsel, hereby files this motion to schedule a status hearing for Thursday, August 29, 2024. Given the upcoming trial date of October 21, 2024, and the pending defense motion to withdraw, the government requests an earlier status hearing to address the motion. Defense counsel consents to this request. Additionally, the parties agree that the September 5, 2024 status hearing can be vacated if the Court grants this motion.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar Number 481052

By:  /s/ *Sarah Martin*
    Sarah Martin
    Assistant United States Attorney
    D.C. Bar 1612989
    601 D Street N.W.
    Washington, D.C
    (202) 252-7048
    Sarah.Martin@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 22-CR-408 (CKK) |
| **v.** : | |
| : | |
| **EDWARD KELLEY,** : | |
| : | |
| **Defendant.** : | |

## **PROPOSED ORDER**

Upon consideration of the Consent Motion to Schedule Status Hearing, it is this _____ day of August, 2024, hereby

ORDERED, that the government's consent motion is GRANTED; and it is further

ORDERED, that a status hearing is scheduled for August 29, 2024 at _____; and it is further

ORDERED that the status hearing currently scheduled for September 5, 2024 is VACATED.

SO ORDERED.