# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-408 (CKK) |
| | : | |
| **EDWARD KELLEY,** | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' NOTICE REGARDING CROSS-EXAMINATION

The United States of America, by and through its attorney, the U.S. Attorney for the District of Columbia, hereby notices its intent to cross-examine the defendant, Edward Kelley, in the event he chooses to testify in his own defense, on his involvement in January 6, 2021, which includes statements he made and actions he took in conspiring to murder various law enforcement officers involved in the underlying investigation. The noticed cross-examination is appropriate and necessary for the fact finder, in this case the Court, to determine Mr. Kelley's credibility and consciousness of guilt related to his crimes on January 6, 2021. To avoid any undue surprise, we thus file a prophylactic notice for the defendant.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  s/ *Patrick Holvey*
PATRICK HOLVEY
DC Bar No. 1047142
Assistant United States Attorney
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
Telephone: 202-252-7224
Patrick.Holvey@usdoj.gov