# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        v.<br><br>EDWARD KELLEY,<br><br>        Defendant. | Criminal Action No. 22-408 (CKK) |

# ORDER
(October 17, 2024)

For the reasons set forth in the accompanying Memorandum Opinion, Defendant Edward Kelley's [55] Motion to Dismiss Count Two of the [52] Superseding Indictment is **DENIED**.

**SO ORDERED.**

**Dated:** October 17, 2024

                                                /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge