| | | |
|---|---|---|
| Government | ✔ | United States of America |
| Plaintiff | ☐ | VS. |
| Defendant | ☐ | |
| Joint | ☐ | Edward Kelley |
| Court | ☐ | |

Civil/Criminal No. __22-CR-00408 (CKK)__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **000 Series – Video Montages** | | | | |
| 001 | USCP Montage (22 Minute Version) | | 10/28/24 | Summers | |
| 002 | USSS Video with Radio Runs | | 10/28/24 | Hawa | |
| 003 | Official Proceeding Video (15 Minute Version) | | 10/28/24 | Schwager | |
| | **100 Series – USCP CCTV** | | | | |
| 101 | USCP Camera 0944 West Front Time Lapse | | | | |
| 102 | Handheld USCP – West Front | | | | |
| 103 | CCTV of VP Relocation | | 10/28/24 | Hawa | |
| 104A | 00102 I USCS 01 Senate Wing Door near S139-Clip | | 10/29/24 | Mann | |
| 104B | 00102 I USCS 01 Senate Wing Door near S139 Clip | | 10/29/24 | Mann | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 105 | 00171 I USCH 01 Memorial Door Cli | | | | |
| 106 | 00200 I USCS 02 E Front Corridor near S206 Clip | | | | |
| 107 | 00204 I USCS 02 Room 224 Clip | | | | |
| 108A | 00213 I USCS 02 Ohio Clock near S208 Clip | | 10/28/24 | Goodman | |
| 108B | 00213 I USCS 02 Ohio Clock near S208 Clip | | | | |
| 109 | 00214 I USCS 02 S207 Clip | | | | |
| 110 | 00300 I USCS 03 East Corridor near S306 Clip | | 10/29/24 | Mann | |
| 111A | 00303 I USCS 03 Senate Gallery SE near S309 Clip | | 10/29/24 | Mann | |
| 111B | 00303 I USCS 03 Senate Gallery SE near S309 Clip | | | | |
| 112 | 00304 I USCS 03 Senate Gallery SW Clip | | 10/29/24 | Mann | |
| 113 | 00310 I USCS 03 Senate Gallery E near S312 Clip | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 114 | 00402 I USCH 01 Crypt North Clip | | | | |
| 115 | 00403 I USCH 01 Crypt South Clip | | 10/29/24 | Mann | |
| 116A | 00686 I USCH 02 Rotunda Door Interior Clip | | 10/29/24 | Mann | |
| 116B | 00686 I USCH 02 Rotunda Door Interior Clip | | | | |
| 117A | 00925 E USCG 00 Upper Terrace West Clip | | | | |
| 117B | 00926 E USCG 00 Upper Terrace West Clip | | | | |
| 118A | 00931 I USCH 02 H230 Clip | | 10/29/24 | Mann | |
| 118B | 00935 I USCH 02 H230 Clip | | | | |
| 119A | 00959 I USCD 02 Rotunda South Clip | | 10/29/24 | Mann | |
| 119B | 00959 I USCD 02 Rotunda South Clip | | | | |
| 120 | 00960 I USCD 02 Rotunda North Clip | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 121A | 00961 I USCS 02 HALL BY S208 Clip | | 10/29/24 | Mann | |
| 121B | 00961 I USCS 02 HALL BY S208 Clip | | | | |
| 122A | 00962 I USCS 03 S309 Clip | | | | |
| 122B | 00962 I USCS 03 S309 Clip | | | | |
| 123A | 03187 E QNW 00 Peace Circle NW Clip | | 10/29/24 | Mann | |
| 123B | 03187 E QNW 00 Peace Circle NW Clip | | | | |
| 124A | 07029 I USCS 02 Rotunda Door Interior Clip | | 10/29/24 | Mann | |
| 124B | 07029 I USCS 02 Rotunda Door Interior Clip | | 10/29/24 | Mann | |
| 125 | 07218 I USCH 03 Gallery Stairs Clip | | | | |
| 200 Series – Body-Worn Camera Videos | | | | | |
| 201 | Tyrone Toran BWC | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 202 | Anntoinette Martin BWC | | | | |
| 203 | Neil McAllister BWC | | | | |
| 204 | Marina Bronstein BWC Clip 1 | | | | |
| 205 | Sirena Serratos BWC | | | | |
| 206 | Umit Yakub BWC | | | | |
| 206A | Umit Yakub BWC Clip 1 | | 10/29/24 | Mann | |
| 206B | Umit Yakub BWC Clip 2 | | 10/29/24 | Mann | |
| **300 Series – Third Party Videos** | | | | | |
| 301 | Trump Rally Speech | | 10/29/24 | Mann | |
| 301A | Trump Rally Speech Clips | | 10/29/24 | Mann | |
| 302 | Jayden X Video | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 302A | Jayden X Clip | | 10/28/24 | Chow | |
| 302B | Jayden X Screenshot | | | | |
| 303 | RMG News Video | | 10/28/24 | Chow | |
| 303A | RMG News Video Clip 1 | | | | |
| 303B | RMG News Video Clip 2 | | | | |
| 304 | NYT Day of Rage Video | | 10/28/24 | Chow | |
| 304A | NYT Day of Rage Video | | | | |
| 304B | NYT Day of Rage Video | | | | |
| 304C | NYT Day of Rage Video | | | | |
| 304D | NYT Day of Rage Video | | | | |
| 304E | NYT Day of Rage Video | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 304F | NYT Day of Rage Video | | | | |
| 305 | Baked Alaska DC IRL Video | | 10/29/24 | Mann | |
| 305A | Baked Alaska DC IRL Video | | 10/29/24 | Mann | |
| 305B | Baked Alaska DC IRL Video | | 10/29/24 | Mann | |
| 305C | Baked Alaska DC IRL Video | | 10/29/24 | Mann | |
| 305D | Baked Alaska DC IRL Video | | 10/29/24 | Mann | |
| 305E | Baked Alaska DC IRL Video | | 10/29/24 | Mann | |
| 305F | Baked Alaska DC IRL Video | | 10/29/24 | Mann | |
| 306 | Frontline Footage Video | | | | |
| 307 | BGontheScene Video | | | | |
| 307A | BGontheScene Video | | 10/29/24 | Mann | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 307B | BGontheScene Video | | 10/29/24 | Mann | |
| 307C | BGontheScene Still | | 10/29/24 | McFall | |
| 308 | Storming of the United States Capitol Remastered | | | | |
| 309 | Parler Video Outside Senate Wing Door | | 10/28/24 | Goodman | |
| 310 | Benjamin Reports Video | | 10/28/24 | Chow | |
| 311 | Emergency Washington DC Broadcast | | | | |
| 311A | Emergency Washington DC Broadcast Clip | | 10/28/24 | Summers | |
| **400 Series – Photographs** | | | | | |
| 401 | Aerial View of U.S. Capitol Building and Grounds | | 10/28/24 | Summers | |
| 402 | Capitol Grounds with Perimeter | | 10/28/24 | Summers | |
| 403 | Area Closed Sign | | 10/28/24 | Summers | |
| 404 | Capitol Ground with "Area Closed" Capitol Police sings on fencing | | 10/28/24 | Summers | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 405 | Getty Images inside Capitol | | 10/28/24 | Goodman | |
| 406 | Getty Images Jan 5 | | | | |
| 407A-E | Capitol Building Maps | | 10/28/24 | Chow | |
| 408 | 3D Model – PC Circle Penn Ave Walkway(1) | | 10/28/24 | Chow | |
| 409 | 3D Model – PC Circle Penn Ave Walkway(2) | | 10/28/24 | Chow | |
| 410 | 3D Model – Capitol Building Top Down | | 10/28/24 | Chow | |
| 411 | 3D Model – Capitol Building Northwest | | 10/28/24 | Chow | |
| 412 | 3D Model – Capitol Building West Front | | 10/28/24 | Chow | |
| 413 | 3D Model – Capitol Building Inauguration Stage Overhead | | 10/28/24 | Chow | |
| 414 | 3D Model – Capitol Building West Front Overhead | | 10/28/24 | Chow | |
| 415 | Facebook Pic_PC Circle | | 10/28/24 | Chow | |
| 416 | Facebook Pic_Penn Ave Walkway | | 10/28/24 | Chow | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 417 | Getty Images | | 10/29/24 | Mann | |
| 418 | Parler - The Patriot Screenshot | | | | |
| 419 | Search Warrant Photo_Kitchen | | 10/29/24 | Mann | |
| 420 | Search Warrant Photo_Bedroom | | 10/29/24 | Mann | |
| 420A | Search Warrant Photo_Bedroom(2) | | 10/29/24 | Mann | |
| 420B | Search Warrant Photo_Sweatshirt | | 10/29/24 | Mann | |
| 420C | Search Warrant Photo_Helmet | | 10/29/24 | Mann | |
| 420D | Search Warrant Photo_Helmet(2) | | 10/29/24 | Mann | |
| 420E | Search Warrant Photo_Article | | 10/29/24 | Mann | |
| 420F | Search Warrant Photo_Article(2) | | 10/29/24 | Mann | |
| 420G | Search Warrant Photo_Gas Mask Receipt | | 10/29/24 | Mann | |
| 420H | Search Warrant Photo_Other Receipts | | 10/29/24 | Mann | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 420I | Search Warrant Photo_Backpack | | 10/29/24 | Mann | |
| 420J | Search Warrant Photo_Walkies | | 10/29/24 | Mann | |
| 421 | Search Warrant Photo_Backpack | | 10/29/24 | Mann | |
| 421A | Search Warrant Photo_Dark Green Holster | | 10/29/24 | Mann | |
| 421B | Search Warrant Photo_Flash Light etc | | 10/29/24 | Mann | |
| 421C | Search Warrant Photo_Mag Pouch and Belt | | 10/29/24 | Mann | |
| 421D | Search Warrant Photo_Mag Pouch | | 10/29/24 | Mann | |
| 421E | Search Warrant Photo_Pocket Knife | | 10/29/24 | Mann | |
| 422 | Kelly under Scaffolding | | 10/28/24 | Chow | |
| **500 Series – Cellphone** | | | | | |
| 501 | CART Examiner Stephen McFall Report of Examination | | 10/28/24 | McFall | |
| 501A | Demonstrative | | 10/29/24 | McFall | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 502 | Self-Style Photo | | 10/29/24 | McFall | |
| 503 | Scaffolding | | 10/29/24 | McFall | |
| 504 | Rotunda | | 10/29/24 | McFall | |
| 505 | Senate Chamber 1 | | 10/29/24 | McFall | |
| 506 | Senate Chamber 2 | | 10/29/24 | McFall | |
| 507 | Text Threads | | 10/29/24 | McFall | |
| 508 | Photo of Trump at Rally | | 10/29/24 | McFall | |
| **600 Series – Documents** | | | | | |
| 601 | Congressional Record – Senate – S13, S14, S18 | | 10/28/24 | Schwager | |
| 602 | Congressional Record – House – H75, H76, H84, H85 | | 10/28/24 | Schwager | |
| 603 | Senate concurrent Resolution 1 | | 10/28/24 | Schwager | |
| 604 | Constitution and 12 | | 10/28/24 | Schwager | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 605 | 3 USC 15 | | 10/28/24 | Schwager | |
| 606 | 3 USC 16 | | 10/28/24 | Schwager | |
| 607 | 3 USC 17 | | 10/28/24 | Schwager | |
| 608 | 3 USC 18 | | 10/28/24 | Schwager | |
| 609 | House Video Certificate of Authenticity | | | | |
| 610 | Senate Video Certificate of Authenticity | | | | |
| 611 | January 5, 2021 Email From Hawa re Head of State Notification | | 10/28/24 | Hawa | |
| 612 | Secret Service Head of State Notification | | 10/28/24 | Hawa | |
| 613A | Email DC Closure | | 10/29/24 | Mann | |
| 613B | Mid-Atlantic Daily Sales Report 01.05.21 thru 01.07.21 redacted | | 10/29/24 | Mann | |
| 614A | PA Shipment (002) | | | | |
| 614B | Safeway Business Records of Certification | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 615 | Transcript of Trump's Speech At Rally Before Capitol Riot -NPR | | 10/29/24 | Mann | |
| 616 | USSS Lanelle Hawa Testimony – St. Cyr Trial | | | | |
| 616A | Transcript Exhibit 203.1 | | | | |
| 616B | Transcript Exhibit 203.2 | | | | |
| 616C | Transcript Exhibit 203.3 | | | | |
| 617 | Closure of West Front Order | | | | |
| **700 Series – Stipulations** | | | | | |
| | | | | | |
| **800 Series – Jail Calls** | | | | | |
| | | | | | |
| **900 Series – Physical Evidence** | | | | | |
| 901 | Samsung Galaxy S10e Cellphone | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 902 | Dark Tan Backpack | | 10/29/24 | Mann | |
| 903 | Green Pouch | | 10/29/24 | Mann | |
| 904 | Black belt | | | | |
| 905 | Black benchmade pocket knife | | 10/29/24 | Mann | |
| 906 | Black hooded "TCAPP" sweatshirt | | 10/29/24 | Mann | |
| 907 | Green combat helmet | | 10/28/24 | Chow | |
| 908 | Printed article titled "The Secret History of the Shadow Campaign That Saved the 2020 Election" | | 10/29/24 | Mann | |
| 909 | Tan tactical backpack | | | | |
| 910 | Three red "Make America Great Again" baseball caps | | | | |
| 911 | Midland x-tra talk two-way communication devices | | | | |
| 912 | Green Firearm Holster | | 10/29/24 | Mann | |
| 913 | Double Magazine Pouch | | 10/29/24 | Mann | |